Printed: 10/04/10 04:30 PM

Page: 1

# Claims Distribution Small Checks

**Trustee: ROBERT R. KANUIT (430160)**

**Case:** 09-51610 - CARLSON, STEPHEN GRANT

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant Payee: | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200026119346 | 110 | 10/04/10 | 1 | 02/11/10 | 610 | U.S. Bankruptcy Court AMERICAN INFOSOURCE LP AS AGENT FOR | 252.35 | 252.35 | 2.43 | 2.43 |

Check Amount: $2.43

RECEIVED 2010 OCT -7 AM 9:08 U.S. BANKRUPTCY COURT DULUTH, MN

32313 10-7-10

(*) Denotes objection to Amount Filed